IN RE: WALTER P. REED
SUPREME COURT OF LOUISIANA
193 So. 3d 1168; 2016 La. LEXIS 1368
NO. 2016-B-0871
June 3, 2016, Decided

**Editorial Information: Prior History**

IN RE: Disciplinary Counsel; - Other; Applying For Suspension.

**Disposition:**
Petition for interim suspension granted.

**Judges:** Scott J. Crichton, Bernette J. Johnson, Jeannette Theriot Knoll, John L. Weimer, Greg G. Guidry, Marcus R. Clark.

Opinion

{193 So. 3d 1168} ORDER

Considering the Petition for Interim Suspension filed by the Office of Disciplinary Counsel, and the response thereto filed by respondent,

IT IS ORDERED that Walter P. Reed, Louisiana Bar Roll number 2225, be and he hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, 19, pending further orders of this court.

IT IS FURTHER ORDERED that necessary disciplinary proceedings be instituted in accordance with Supreme Court Rule XIX, 11 and 19.

NEW ORLEANS, LOUISIANA, this __ day of __, 2016.

FOR THE COURT:

JUSTICE, SUPREME COURT OF LOUISIANA



# LOUISIANA APPELLATE PROJECT
Providing appellate defense in felony cases

March 26, 2015

James H. Looney
Executive Director
P. O. Box 3340
Covington, LA 70434-3340
(985) 892-1707

Gwendolyn K. Brown
Regions 1 & 5 Supervisor
P. O. Box 64962
Baton Rouge, LA 70896-4962
(225) 922-9570

Prentice L. White
Appellate Counsel
P.O. Box 74385
Baton Rouge, LA 70874
(225) 235-2928

MR. WALTER D. FAIRLEY
DOC# 626719
DIXON CORRECTIONAL INSTITUTE
UNIT 2-D1
P. O. BOX 788
JACKSON, LOUISIANA 70748

RE: *State v. Walter Fairley*
Case No: *2014-KA-1412*

Dear Mr. Fairley:

Please find enclosed a copy of my brief, along with a copy of the State's response brief. I do not have any other documents related to your case. The trial transcripts you can obtain from the First Circuit through the records custodian at DCI. As it relates to the 30-day period, I don't think that I will be able to request an extension for you because of my current workload; however, you may certainly request an extension from the court on your own.

If you have any other questions, please write me at the address listed in the left margin. Thanking you for your courtesies, I remain

Sincerely,

Prentice L. White

Enclosure

March 16, 2015

Walter D. Fairley #626719
DCI/Unit 2-D1
P.O. Box 788
Jackson, La 70748

Mr. Prentice L. White
Appellate Counsel
P.O. Box 74385
Baton Rouge, La 70874

Dear Mr. White,

Greetings sir. I apologize for interrupting your very busy schedule. I will be as curt as possible.

I really need for you to file an extension to the Supreme Court on my behalf, as I must request and be approved to go to the law library to do case law research. Additionally, I need a copy of my transcripts from trial. That is vital to my case. So please send that and anything else you may have that is helpful.

Thank you.

Respectfully,

Walter D. Fairley